UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNCOAST SCHOOLS FEDERAL
CREDIT UNION,

    Plaintiff,

v.                      CASE NO. 8:09-CV-765-T-17AEP

M/V PAPILLON (Official
No. 685179), her engines,
tackle, apparel and
appurtenances, etc. *in rem*,
and RICHARD W. SUTER,
*in personam*,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 38 Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation, in which it is recommended that Plaintiff be awarded attorney's fees in the amount of $11,514.00, and costs in the amount of $8,914.17, for a total award of $20,428.17.

The Court has independently examined the pleadings. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. Plaintiff's Motion for Attorney's

Case No. 8:09-CV-765-T-17AEP

Fees, Costs, and Other Expenses (Dkt. 35) is **granted** in the amount of $20,428.17. A separate final judgment will be entered.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of March, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record